UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Luis L.,

Petitioner,

v.

Joel Brott, *in his official capacity as Sheriff of Sherburne County*; David Easterwood, *in his official capacity as Acting Director of the St. Paul Field Office, U.S. Immigration & Customs Enforcement*; David J. Venturella, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; Markwayne Mullin, *in his official capacity as U.S. Secretary of Homeland Security*; Todd Blanche, *in his official capacity as Attorney General of the United States*.

Respondents.

File No. 26-cv-4784 (ECT/DTS)

**ORDER**

Petitioner Luis L. has filed a Petition for Writ of Habeas Corpus ("Petition") [ECF No. 1]. Based on all the files, records, and proceedings herein, **IT IS ORDERED THAT:**

1. Respondents are directed to file an answer to the Petition by no later than **November 30, 2026**, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the Petition;

b. A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims;

c. Respondents' recommendation on whether an evidentiary hearing should be conducted; and

d. Whether the absence of a warrant preceding Petitioner's arrest necessitates Petitioner's immediate release.

3. If Petitioner intends to file a Reply to Respondents' answer, Petitioner must do so by no later than **December 7, 2026.** Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: November 12, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
Chief Judge, United States District Court